IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SAHARA MOHAMED HUSSEIN, ALSO KNOWN AS SAHRA MOHAMED HUSEN,

Petitioner,

Case No. 25-cv-1075-wmc

v.

TYLER EDWARDS, Jail Administrator, Douglas County, Superior WI, DAVID EASTERWOOD, Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement, KRISTI NOEM, Secretary of The Department of Homeland Security, PAMELA BONDI, Attorney General of the United States, DAREN K. MARGOLIN, Acting Director, Executive Office for Immigration Review,

Respondents.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of petitioner Sahara Mohamed Hussein granting her petition for a writ of habeas corpus under 28 U.S.C. § 2241. Within seven days, respondents Tyler Edwards, David Easerwood, Kristi Noem, Pamela Bondi and Daren Margolin shall provide petitioner with a bond hearing before an immigration judge under 8 U.S.C. § 1226(a).

Approved as to form this 19th day of February, 2026.

William M. Conley
District Judge

Joel Turner
Clerk of Court

2-19-2026
Date